FOURTH DEPARTMENT, DECEMBER, 1960

(December 1, 1960)

■ VINCENT J. LICATA, Respondent, v. PETER J. MARRA et al., Appellants. — Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Niagara Supreme Court for plaintiff in an action to foreclose a mechanic's lien.) Present — Bastow, J. P., Goldman, McClusky and Henry, JJ.

■ LEE M. ROUNDS, Appellant, v. CHARLES R. BLACKSTONE & SONS, INC., Respondent.— Order affirmed, without costs of this appeal to either party. All concur, except Halpern, J., not participating. (Appeal from order of Oneida County Court denying plaintiff's motion to strike out defendant's answer and for summary judgment.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ LEE M. ROUNDS, Appellant, v. CHARLES R. BLACKSTONE & SONS, INC., Respondent.— Order reversed, with $25 costs and disbursements and motion granted, without costs, with leave to defendant to serve an amended answer within 10 days after service of a copy of the order entered herein. Memorandum: The counterclaim interposed by the defendant is conclusory in nature and does not state facts sufficient to constitute a cause of action. All concur, except Halpern, J., not participating. (Appeal from order of Oneida County Court denying plaintiff's motion to dismiss defendant's counterclaim.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.